WILLIAM J. BURNETT, Respondent, *v.* C. BROWN SNYDER, Impleaded, etc., ·Appellant.

THIS case presented the same questions and was argued and decided with *Burnett* v. *Snyder, ante,* p. 550.